IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Kevin Carlin<br>Probation: Ryan Kinsella | Date: March 6, 2024<br>Interpreter: n/a |

**CASE NO.   23-cr-00251-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Bradley Giles |
| Plaintiff, | |
| v. | |
| 1.  XAVIER DREW, | Mary Butterton |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**     4:03 p.m.

Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on November 14, 2023, to Counts 1 and 4 of the Superseding Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:**   United States' Rule 48 Motion to Dismiss Counts 2, 3, 5-18, 20-22, 24, and 25 of the Superseding Criminal Indictment [ECF No. 19] as to Defendant Xavier Drew (Doc. 148) is GRANTED.

**ORDERED:**   United States' Motion to Decrease Offense Level by One Additional Level Pursuant to U.S.S.G. § 3E1.1(b) (Doc. 149) is GRANTED.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:**   Defendant's motion (Doc.167) is DENIED.

**ORDERED:**   Defendant's motion (Doc. 168) is DENIED.

**ORDERED:**   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, XAVIER DREW, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **162 months as to Counts 1 and 4, to be served concurrently.**

The Court RECOMMENDS that the Bureau of Prisons place the defendant at an appropriate facility located within 500 miles of Gary, Indiana; and that he be allowed to participate in RDAP.

**ORDERED:**   Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years as to Count 1 and five (5) years as to Count 2, to be served concurrently.**

**ORDERED:**   While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:**   Defendant shall pay **$200** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed, because the defendant has no ability to pay a fine.

**ORDERED:**   Defendant shall pay **restitution** in the amount of **$14,582.00 as stated on the record; interest waived.**

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**   Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**     5:28 p.m.
Hearing concluded.
Total time:              1:25